ENOS B. WOOD, as Supervisor, etc., Respondent, *v.* THE BOARD OF SUPERVISORS OF MONROE COUNTY, Appellant, et al., Defendants.

(Submitted March 20, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 25, 1890, which modified, and affirmed as modified, a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. A. Sutherland* for appellants.

*Cassius C. Davy* for respondent.

Agree to affirm on authority of *Crowninshield* v. *Bd. of Suprs. of Cayuga Co. (ante,* p. 583).
All concur.
Judgment affirmed.